UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LINDA SLADE, Individually and as the
representative of a class of similarly situated persons,

                          Case No.   1:19-cv-9431-DAB

                Plaintiff,
     - against -

THE HOWARD HUGHES CORPORATION and      **NOTICE OF SETTLEMENT**
HOWARD HUGHES MANAGEMENT CO., LLC,

               Defendants.
-------------------------------------------------------------X

       Now comes the Plaintiff, Linda Slade, by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and states:

       1. A settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiff has received the consideration required pursuant to the Agreement, the plaintiff will submit a Stipulation of Voluntary Dismissal with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

       2. The parties respectfully request that the Court stay this case and adjourn all deadlines and conferences.

       3. We respectfully request the Court provide that the parties may seek to reopen the matter for forty-five (45) days to assure that the Agreement is executed and that the settlement funds have cleared.

Dated: Scarsdale, New York
       November 11, 2019

                                      SHAKED LAW GOUP, P.C.
                                      Attorneys for Plaintiff

                                      By: /s/ Dan Shaked
                                      Dan Shaked (DS-3331)
                                      14 Harwood Court, Suite 415
                                      Scarsdale, NY 10583
                                      Tel. (917) 373-9128
                                      e-mail: ShakedLawGroup@Gmail.com