**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LINDA SLADE, Individually and as the
representative of a class of similarly situated persons,

                                            Case No.   1:19-cv-9431-DAB

                    Plaintiff,

                - against -

THE HOWARD HUGHES CORPORATION and
HOWARD HUGHES MANAGEMENT CO., LLC,

                    Defendants.
-------------------------------------------------------------X

## JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Linda Slade ("Plaintiff") and Defendants The Howard Hughes Corporation and Howard Hughes Management Co., LLC ("Defendants") stipulate and jointly request that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety, with the Court to retain jurisdiction over the parties and the action until December 1, 2021 for the sole purpose of enforcement of the parties' obligations under Section 2(C) of the parties' Confidential Settlement Agreement and Release of Claims.  Section 2(C) of the Confidential Settlement Agreement and Release of Claims reads as follows:

     Howard Hughes shall, within twenty-four (24) months of the Effective Date ("the Remediation Period"), use good faith efforts to cause those portions of the Website that is covered by Title III of the ADA to be in a condition or state that allows individuals with disabilities within the meaning of the ADA to gain the same information with an ease of use substantially equivalent to that of a non-disabled person using the Website ("ADA Compliant"). The Parties agree that being in substantial conformance with WCAG 2.0 Level AA or WCAG 2.1 shall constitute "ADA Compliant," but that substantial conformance with WCAG 2.0, Level

AA or WCAG 2.1 is neither the test for ADA Compliance nor the sole method of achieving ADA Compliance. The Parties further agree that, notwithstanding anything contained in this provision or in this Agreement, the Website shall be permitted to link to websites owned or operated by others containing Third-Party Content (as defined below) that may not be accessible to individuals with disabilities. The Parties further agree that ADA Compliant shall include substantial conformance with any standard later established or recognized by the United States Supreme Court, any U.S. Circuit Court of Appeals or the U.S. Department of Justice. (The term "Third-Party Content" refers to web content that is not developed, owned, or operated by Howard Hughes.) However, if a judicial, legislative or regulatory body enacts any legislation or rule, or if the United States Supreme Court, the U.S. Circuit Court of Appeals for the Second Circuit, or a New York State appellate court renders a decision, pursuant to which the Website is not considered a place of public accommodation or business establishment under the Disability Laws, it is understood that Howard Hughes will be relieved of the obligations set forth in this Section 2(C). If Howard Hughes's ability to meet the deadline for compliance with this Section 2(C) is delayed by third-party vendors, acts of God, force majeure or other reasons that are outside of Howard Hughes's control, the deadline shall be extended for the length of the delay. If meeting the standard for compliance within this Section 2(C) would constitute an undue burden or would result in a fundamental alteration of the Website, the Parties' respective counsel shall meet and confer to discuss a solution. If the Parties cannot reach an agreement regarding a solution after such meet-and-confer efforts, either Party will have the right to seek judicial relief.

Following the Remediation Period, Howard Hughes shall, either on its own or through a third party vendor, monitor the Website on a periodic basis to ensure that they continue to be ADA Compliant.

Each party shall bear her or its own fees, costs and attorneys' expenses.

DATED: Nov. 20, 2019

Respectfully submitted,

SHAKED LAW GROUP, P.C.

By: _____
Dan Shaked, Esq.
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: 917.373.9128
ShakedLawGroup@gmail.com

*Attorneys for Plaintiff*

DATED: Dec. 06, 2019

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

By: _____
Jamie Haar, Esq.
599 Lexington Avenue, 17th Floor
New York, NY 10022
Tel: 212.492.2500
Fax: 212.492.2501
jamie.haar@ogletreedeakins.com

*Attorneys for Defendants*

40784697.1

February 21, 2020
New York

So Ordered

Paul A. Engelmayer, sitting in Part I

USDJ